**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00165-CR**
_____

**ABNER MALDONADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-11-13744-CR**

_____

**MEMORANDUM OPINION**

Abner Maldonado filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). Maldonado and his attorney signed the motion. *See id*.

We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 7, 2023
Opinion Delivered November 8, 2023
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.

1
